# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:13-cr-542 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| JOE N. SANDERS-TAYLOR, III, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on November 10, 2022. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on February 1, 2023. The defendant admitted to the following violations:

1. Unauthorized Use of Drugs (Methamphetamine, Marijuana, and Fentanyl)
2. Failure to Comply with Cognitive Behavioral Treatment

The magistrate judge filed a report and recommendation on February 1, 2023, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on February 17, 2023. Present were the following: Assistant United States Attorney Joe Angelo, Attorney Timothy Ivey, the defendant Joe N. Sanders-Taylor, III, and United States Probation Officer Jennifer Burke.

Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 8 months. No term of supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: February 17, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**